NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7126

GERALD F. WARREN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-3514, Chief Judge William P. Greene, Jr.

ON MOTION

ORDER

Upon consideration of Gerald F. Warren's motion for an extension of time to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. Warren's informal brief is due within 30 days of the date of filing of this order.

FOR THE COURT

SEP - 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gerald F. Warren (informal brief form enclosed)
David S. Silverbrand, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK